UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS SPINARD

       Plaintiff,

                 1:05-CV-729

 -v-

MURRAY, INC., and BRIGGS & STRATTON
CORPORATION, and HOME DEPOT U.S.A., INC.,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## O R D E R

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on September 22, 2006, in Albany, New York, it is hereby

ORDERED that

(1) Defendant Briggs & Stratton Corporation's motion for summary judgment is DENIED; except that

(2) Defendant Home Depot U.S.A., Inc.'s _second_ and _third_ cross-claims are DISMISSED.

IT IS SO ORDERED.

_____
United States District Judge

Dated: September 22, 2006

  Utica, New York.