UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------

THOMAS SPINARD,

                    Plaintiff,

     vs                                 1:05-CV-729

BRIGGS & STRATTON CORPORATION; and
HOME DEPOT USA, INC.,

                    Defendants.

-----------------------------------------

| APPEARANCES: | OF COUNSEL: |
|---|---|
| BASCH & KEEGAN, LLP<br>Attorneys for Plaintiff<br>307 Clinton Avenue<br>P.O. Box 4235<br>Kingston, NY 12402 | DEREK J. SPADA, ESQ. |
| THORN GERSHON TYMANN AND BONNANI, LLP<br>Attorneys for Defendant Briggs & Stratton<br>5 Wembly Ct<br>P.O. Box 15054<br>Albany, NY 12212 | KYLE N. KORDICH, ESQ. |
| CRIVELLO, CARLSON & Mentkowski<br>Attorneys for Defendant Briggs & Stratton<br>Suite 500<br>710 North Plankinton Avenue<br>Milwaukee, WI 53203 | DONALD H. CARLSON, ESQ. |
| CARTER, CONBOY, CASE, BLACKMORE,<br>   MALONEY & LAIRD, P.C.<br>Attorneys for Defendant Home Depot<br>20 Corporate Woods Boulevard<br>Albany, NY 12211-2362 | WILLIAM J. DECAIRE, ESQ. |

DAVID N. HURD
United States District Judge

**O R D E R**

Defendant Briggs & Stratton Corporation, ("Briggs") has moved for summary judgment pursuant to Fed. R. Civ. P. 56. (Docket No. 44). The defendant Home Depot U.S.A., Inc. ("Home Depot") has cross-moved for the same relief (Docket No. 45). Plaintiff opposes (Docket No. 47). The motion was taken on submit.

Briggs' previous motion was summarily denied from the bench (Docket Nos. 42 and 43). Since that time, as set forth by both plaintiff and Home Depot, Briggs has failed to respond to numerous discovery demands. Briggs has not denied those allegations. This motion is premature until those discovery issues are resolved.

Therefore, it is

ORDERED that the motion and cross-motion for summary judgment are DENIED.

IT IS SO ORDERED.

_____
United States District Judge

Dated: February 23, 2007
      Utica, New York.